IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 00-127 |
| | ) | |
| GERALDINE HICKS | ) | |

## O R D E R

AND NOW, to wit, this __10th__ day of April, 2012, the within motion is granted, and it is hereby ORDERED that Indictment No. 00-127 Criminal against Geraldine Hicks be and the same is hereby dismissed.

_____
United States District Judge

cc: Defense Counsel
    U.S. Attorney
    U.S. Marshals
    Pretrial Services