IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 00-127
)
MIRIAM FIGUEROA )

O R D E R

AND NOW, to wit, this 9th day of April, 2013, the within motion is granted, and it is hereby ORDERED that Indictment No. 00-127, Criminal, against defendant Miriam Figueroa, be and the same is hereby dismissed.

United States District Judge

cc: U.S. Attorney
    U.S. Marshals